IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRIS CHATTERTON,

       Plaintiff,

v.                                                                  CV 12-0082 JCH/WPL

SUMMIT FOOD SERVICES, LLC, and
A'VIANDS, LLC,

       Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed August 9, 2013. (Doc. 28) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. 18) is GRANTED with respect to Plaintiff's common law retaliatory discharge claim, and that claim is hereby dismissed with prejudice. Defendants' motion is DENIED in all other respects.

_____
UNITED STATES DISTRICT JUDGE